FILED
CLERK, U.S. DISTRICT COURT

APR 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOHN HAWKINS HUSSER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEBRA DEXTER, Warden,<br><br>　　　　Respondent. | No. SA CV 07-801-VAP (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

　　ACCORDINGLY, IT IS ORDERED:

　　1.　The final report and recommendation is adopted.

　　2.　Respondent's Motion to Dismiss is granted.

　　3.　Judgment shall be entered consistent with this order.

　　4.　The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: April 7, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE