FILED
CLERK, U.S. DISTRICT COURT
APR 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN HAWKINS HUSSER, | No. SA CV 07-801-VAP (PLA) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEBRA DEXTER, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: April 7, 2008

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE